AO 91 (Rev. 08/09)  Criminal Complaint

AUSA  CARMEN  LINEBERGER

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MICHAEL JOSEPH ROTH, | ) | Case No.  16-87- FJL |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

FILED by _____ D.C.

JUL 2 6 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___March 7, 2016___ in the county of ___St. Lucie___ in the ___Southern___ District of ___Florida___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Distribution of visual depictions of sexual exploitation of minors |

This criminal complaint is based on these facts:

~SEE ATTACHED AFFIDAVIT~

☑ Continued on the attached sheet.

_____
Complainant's signature

Jason R. Richards, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 7/26/2016

_____
Judge's signature

City and state: ___Fort Pierce, Florida___   Frank J. Lynch, Jr., Chief U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT OF
# JASON R. RICHARDS, SPECIAL AGENT
# FEDERAL BUREAU OF INVESTIGATION

I, Jason R. Richards, having been first duly sworn, do hereby depose and state as follows:

1. I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since 2003, and am currently assigned to FBI Miami Division, Fort Pierce Resident Agency. While employed by the FBI, I have investigated federal criminal violations related to child exploitation, and child pornography. I have gained experience through training and everyday work relating to conducting these types of investigations. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2252 and 2252A, and I am authorized by the Attorney General to request a search warrant.

2. The statements contained in this affidavit are based in part on: information provided by FBI Special Agents; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from the service of administrative subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by FBI agents/analysts; my own observations and my experience, training and background as a Special Agent (SA) with the FBI. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of an arrest warrant for MICHAEL JOSEPH ROTH. I have not included each and every

1

fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish the necessary foundation for the requested warrant.

## RELEVANT STATUTES

3. This investigation concerns alleged violations of 18 U.S.C. § 2252 and 2252A, relating to material involving the sexual exploitation of minors.

    a. 18 U.S.C. § 2252(a)(1) prohibits knowingly transporting or shipping in interstate of foreign commerce, by computer or mail, any visual depiction of minors engaging in sexually explicit conduct.

    b. 18 U.S.C. § 2252(a)(2) prohibits knowingly receiving or distributing, by computer or mail, any visual depiction of minors engaging in sexually explicit conduct that has been mailed, shipped, or transported in interstate or foreign commerce. That section also prohibits knowingly reproducing any visual depiction of minors engaging in sexually explicit conduct for distribution in interstate or foreign commerce by any means, including by computer or the mail.

    c. 18 U.S.C. § 2252(a)(4) prohibits possessing one or more books, magazines, periodicals, films, or other materials which contain visual depictions of minors engaged in sexually explicit conduct that have been transported in interstate or foreign commerce, or that were produced using materials that had traveled in interstate or foreign commerce.

    d. 18 U.S.C. § 2252A(a)(1) prohibits knowingly mailing, transporting, or shipping child pornography in interstate or foreign commerce by any means, including by computer.

2

e. 18 U.S.C. § 2252A(a)(2) prohibits knowingly receiving or distributing any child pornography that has been mailed or shipped or transported in interstate or foreign commerce by any means, including by computer.

f. 18 U.S.C. § 2252A(a)(3)(A) prohibits a person from knowingly reproducing child pornography for distribution through the mail or in interstate of foreign commerce by any means, including by computer.

g. 18 U.S.C. § 2252A(a)(3)(B) prohibits knowingly advertising, promoting, presenting, distributing, or soliciting through the mail, or using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce by any means any material in a manner that reflects the belief or is intended to cause another to believe that the material is or contains a visual depiction of an actual minor engaging in sexually explicit conduct.

h. 18 U.S.C. § 2252A(a)(5)(B) prohibits a person from knowingly possessing any book, magazine, periodical, film, videotape, computer disk, or other material that contains an image of child pornography that has been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer.

## **DEFINITIONS**

4. The following definitions apply to this Affidavit and attachments hereto:

a. "Chat" refers to any kind of communication over the Internet that offers a real-time transmission of text messages from sender to receiver. Chat messages are generally

3

   short in order to enable other participants to respond quickly and in a format that resembles an oral conversation. This feature distinguishes chatting from other text-based online communications such as Internet forums and email.

b.  "Child Erotica," as used herein, means materials or items that are sexually arousing to persons having a sexual interest in minors but that are not, in and of themselves, legally obscene or that do not necessarily depict minors in sexually explicit conduct.

c.  "Child Pornography," as used herein, is defined in 18 U.S.C. § 2256(8) as any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

d.  "Computer," as used herein, is defined pursuant to 18 U.S.C. § 1030(e)(1) as "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device."

e.  "Computer Server" or "Server," as used herein, is a computer that is attached to a dedicated network and serves many users. A web server, for example, is a computer which hosts the data associated with a website. That web server receives requests from a user and delivers information from the server to the user's computer via the

4

        Internet. A domain name system ("DNS") server, in essence, is a computer on the Internet that routes communications when a user types a domain name, such as www.cnn.com, into his or her web browser. Essentially, the domain name must be translated into an Internet Protocol ("IP") address so the computer hosting the web site may be located, and the DNS server provides this function.

    f.    "Computer hardware," as used herein, consists of all equipment which can receive, capture, collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, or similar computer impulses or data. Computer hardware includes any data-processing devices (including, but not limited to, central processing units, internal and peripheral storage devices such as fixed disks, external hard drives, floppy disk drives and diskettes, and other memory storage devices); peripheral input/output devices (including, but not limited to, keyboards, printers, video display monitors, and related communications devices such as cables and connections), as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (including, but not limited to, physical keys and locks).

    g.    "Computer software," as used herein, is digital information which can be interpreted by a computer and any of its related components to direct the way they work. Computer software is stored in electronic, magnetic, or other digital form. It commonly includes programs to run operating systems, applications, and utilities.

    h.    "Computer-related documentation," as used herein, consists of written, recorded, printed, or electronically stored material which explains or illustrates how to configure or use computer hardware, computer software, or other related items.

i. "Computer passwords, pass-phrases and data security devices," as used herein, consist of information or items designed to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code. A password or pass-phrase (a string of alpha-numeric characters) usually operates as a sort of digital key to "unlock" particular data security devices. Data security hardware may include encryption devices, chips, and circuit boards. Data security software of digital code may include programming code that creates "test" keys or "hot" keys, which perform certain pre-set security functions when touched. Data security software or code may also encrypt, compress, hide, or "booby-trap" protected data to make it inaccessible or unusable, as well as reverse the progress to restore it.

j. "File Transfer Protocol" ("FTP"), as used herein, is a standard network protocol used to transfer computer files from one host to another over a computer network, such as the Internet. FTP is built on client-server architecture and uses separate control and data connections between the client and the server.

k. "Host Name." A Host Name is a name assigned to a device connected to a computer network that is used to identify the device in various forms of electronic communication, such as communications over the Internet.

l. "Hyperlink" refers to an item on a web page which, when selected, transfers the user directly to another location in a hypertext document or to some other web page.

m. The "Internet" is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections

6

between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

n. "Internet Service Providers" ("ISPs"), as used herein, are commercial organizations that are in business to provide individuals and businesses access to the Internet. ISPs provide a range of functions for their customers including access to the Internet, web hosting, e-mail, remote storage, and co-location of computers and other communications equipment. ISPs can offer a range of options in providing access to the Internet including telephone based dial-up, broadband based access via digital subscriber line ("DSL") or cable television, dedicated circuits, or satellite based subscription. ISPs typically charge a fee based upon the type of connection and volume of data, called bandwidth, which the connection supports. Many ISPs assign each subscriber an account name – a user name or screen name, an "e-mail address," an e-mail mailbox, and a personal password selected by the subscriber. By using a computer equipped with a modem, the subscriber can establish communication with an Internet Service Provider ("ISP") over a telephone line, through a cable system or via satellite, and can access the Internet by using his or her account name and personal password.

o. "Internet Protocol address" or "IP address" refers to a unique number used by a computer to access the Internet. IP addresses can be "dynamic," meaning that the ISP assigns a different unique number to a computer every time it accesses the Internet. IP addresses might also be "static," if an ISP assigns a user's computer a particular IP address which is used each time the computer accesses the Internet. IP addresses are

   also used by computer servers, including web servers, to communicate with other computers.

p. Media Access Control ("MAC") address. The equipment that connects a computer to a network is commonly referred to as a network adapter. Most network adapters have a MAC address assigned by the manufacturer of the adapter that is designed to be a unique identifying number. A unique MAC address allows for proper routing of communications on a network. Because the MAC address does not change and is intended to be unique, a MAC address can allow law enforcement to identify whether communications sent or received at different times are associated with the same adapter.

q. "Minor" means any person under the age of eighteen years. See 18 U.S.C. § 2256(1).

r. "Peer-to-peer file-sharing" (P2P) is a method of communication available to Internet users through the use of special software. Computers linked together through the Internet using this software from a network that allows for the sharing of digital files between users on the network. A user first obtains the P2P software, which can be downloaded from the internet. In general, P2P software allows the user to set up files on a computer to be shared with others running compatible P2P software. A user obtains files by opening the P2P software on the user's computer, and conducting searches for files that are currently being shared on another user's computer.

s. The terms "records," "documents," and "materials," as used herein, include all information recorded in any form, visual or aural, and by any means, whether in handmade form (including, but not limited to, writings, drawings, painting),

8

       photographic form (including, but not limited to, microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies), mechanical form (including, but not limited to, phonograph records, printing, typing) or electrical, electronic or magnetic form (including, but not limited to, tape recordings, cassettes, compact discs, electronic or magnetic storage devices such as floppy diskettes, hard disks, CD-ROMs, digital video disks ("DVDs"), Personal Digital Assistants ("PDAs"), Multi Media Cards ("MMCs"), memory sticks, optical disks, printer buffers, smart cards, memory calculators, electronic dialers, or electronic notebooks, as well as digital data files and printouts or readouts from any magnetic, electrical or electronic storage device.

t.    "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person. See 18 U.S.C. § 2256(2).

u.    "URL" is an abbreviation for Uniform Resource Locator and is another name for a web address. URLs are made of letters, numbers, and other symbols in a standard form. People use them on computers by clicking a pre-prepared link or typing or copying and pasting one into a web browser to make the computer fetch and show some specific resource (usually a web page) from another computer (web server) on the Internet.

v.    "Visual depictions" include undeveloped film and videotape, and data stored on

   computer disk or by electronic means, which is capable of conversion into a visual image.  See 18 U.S.C. § 2256(5).

w. "Website" consists of textual pages of information and associated graphic images. The textual information is stored in a specific format known as Hyper-Text Mark-up Language ("HTML") and is transmitted from web servers to various web clients via Hyper-Text Transport Protocol ("HTTP").

## P2P FILE-SHARING

5. P2P file-sharing allows individuals to meet each other through the Internet, engage in social networking, and trade files.  One aspect of P2P file-sharing is that multiple files may be downloaded in parallel, which permits downloading more than one file at a time.

6. A P2P file transfer is assisted by reference to an Internet Protocol (IP) address. This address, expressed as four sets of numbers separated by decimal points, is unique to a particular computer during an online session. The IP address identifies the location of the computer with which the address is associated, making it possible for the data to be transferred between computers.

7. Third-party software is available to identify the IP address of the P2P computer sending a file. Such software monitors and logs Internet and local network traffic.

## BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE

8. MICHAEL JOSEPH ROTH at 2215 SE Abcor Road, Port Saint Lucie, Florida 34952 has been linked to a P2P file-sharing network that has been used to send and receive child pornography.

### "Lindamom76" ON "P2P"

9. On March 7, 2016, from approximately 21:19 Coordinated Universal Time (UTC) to 21:26 UTC, an undercover investigator (UC) with the Swiss Federal Police, utilizing a P2P network,

10

Gigatribe, made a P2P contact with user "Lindamom76". During this time frame, "Lindamom76" was using IP address 73.0.123.83. "Lindamom76" stored shared material in four encrypted main folders. The folders could be opened by the UC because the suspect user revealed his/her password during the monitoring phase in a chat conversation.

10. During the aforementioned time frame, the UC downloaded 18 picture files and one video file, most of which depicted child pornography or child erotica. An example of two of the downloaded image files is briefly described below:

    a. "28.jpg" – depicts two nude minor females displaying their genitals.

    b. "29.jpg" – depicts a close up image of a minor female's genitals.

11. The video file was titled "!!! new pthc – 11yo evelyn 2010 – part 5!!!.avi" and depicts a clothed minor female performing oral sex on an adult male penis.

12. FBI Special Agents were able to determine that the above IP Address was operated by the Internet Service Provider ("ISP") Comcast.

13. On April 28, 2016, an administrative subpoena was served on Comcast, requesting information related to the user who was assigned to the above IP address. According to the information received from Comcast, "MIKE ROTH" is receiving Internet service at 2215 SE Abcor Road, Port Saint Lucie, Florida 34952. Internet service at the 2215 SE Abcor Road, Port Saint Lucie, Florida 34952 was still active as of April 28, 2016.

14. On May 17, 2016, surveillance was conducted in the vicinity of the 2215 2215 SE Abcor Road, Port Saint Lucie, Florida 34952. Two vehicles were observed parked at the residence, a Ford Taurus, bearing Florida tag 0428BV, and a black Ford Explorer, bearing Florida tag 6235PB. Both vehicles are registered to MICHAEL JOSEPH ROTH with the 2215 SE Abcor Road, Port Saint

Lucie, Florida 34952 34952 as the listed address. The Ford Explorer is also registered to ROTH's spouse, TERRY ANN ROTH with the 2215 SE Abcor Road, Port Saint Lucie, Florida 34952 as the listed address.

15.     A search of CLEAR information database (a public records database that provides names, dates of birth, addresses, associates, telephone numbers, email addresses, etc.) was conducted for MICHAEL JOSEPH ROTH.  These public records listed the 2215 SE Abcor Road, Port Saint Lucie, Florida 34952 as an address associated with MICHAEL JOSEPH ROTH.

16.     On May 17, 2016, I reviewed the Florida Driver and Vehicle Information Database (DAVID) using queries for the 2215 SE Abcor Road, Port Saint Lucie, Florida 34952.  The results yielded MICHAEL JOSEPH ROTH, TERRY ANN ROTH, EMILY CAROLYN ROTH and BRADLEY MICHAEL ROTH as individuals associated with the 2215 SE Abcor Road, Port Saint Lucie, Florida 34952.

17.     On or about May 17, 2016, review of the Saint Lucie County Property Appraiser's records yielded the owners of 2215 2215 SE Abcor Road, Port Saint Lucie, Florida 34952 as MICHAEL J. ROTH and TERRY ANN ROTH. The records indicate that the ROTHs have owned the property since 2013, and the residence was built in 1979.

18.     On May 10, 2016, the United States Postal Inspection Service confirmed that MICHAEL JOSEPH ROTH, TERRY ANN ROTH, EMILY CAROLYN ROTH and BRADLEY MICHAEL ROTH are all currently receiving mail at the 2215 SE Abcor Road, Port Saint Lucie, Florida 34952.

19.     On May 19, 2016, a federal search warrant was approved and authorized by Chief U.S. Magistrate Judge Frank J. Lynch, Jr. for the residence of 2215 SE Abcor Road, Port Saint Lucie, Florida 34952

20.     The search warrant was executed on May 20, 2016. Several electronic devices were seized pursuant to the search warrant including a Lenovo Thinkpad laptop computer.

21.     Analysis was conducted on the Lenovo Thinkpad which had a property bar tag affixed to the back of the laptop, (Property of TBC Corporation) with the numbers "012022112". The laptop was equipped with one hard drive, a 500 GB Seagate ST500LM0, Serial Number W620E9J0. The computer name was "MROTHLT". During examination of the hard drive, the examiner discovered that Gigatribe P2P software was installed. The analysis of the Gigatribe program files showed numerous chat communications. The Gigatribe program was installed under the computer user "mroth". The Gigatribe user name was identified as Lindamom76 with a user ID of 1470873.

22.     In a recovered chat, dated March 21, 2016, Gigatribe user "sootysue" asked Lindamom76 "what u like". Lindamom76 responds "yng teen girl". When asked "how young" by "sootysue", Lindamom76 responded "10+ my fav  you?" Also recovered during the examination of the Lenovo Thinkpad was the chat between Lindamom76 and the UC with the Swiss Federal Police on March 7, 2016.

23.     A search of the Lenovo Thinkpad's hard drive revealed numerous files depicting sexually explicit images of minor children saved in the path mroth/Documents/Fax.  One of the files recovered was named "2_NEW! Pedo 9yo Tori 03 lsm kdquality childlover pthc" and depicted a minor female nude and displaying her genitalia while lying on a bed. Another file was titled "2_NEW!" and depicted the same aforementioned minor female nude on a bed with stuffed animals. Another file was named "qqaazz pthc pedo dad rubbing cock on baby girl" and depicted an adult male's hand near the area of his genitalia and near a baby's vagina.

24.     During an interview with MICHAEL JOSEPH ROTH on May 20, 2016, he advised that he

13

has used Gigatribe, and the user name Lindamom76. ROTH also confirmed that the aforementioned laptop was his work laptop and he is the sole user of the device.

25. Based on the aforementioned information and investigation, I submit that there is probable cause to believe that Michael Joseph Roth has knowingly and without lawful authority committed crimes in violation of 18 U.S.C. § 2252 and 2252A, relating to material involving the sexual exploitation of minors, specifically distribution of visual depictions of sexual exploitation of minors, in violation of Title 18, U.S.C. § 2252(a)(2).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Special Agent Jason R. Richards
Federal Bureau of Investigation

Sworn to me and subscribed before me this 26c day of July, 2016, at Fort Pierce, Florida.

Frank J. Lynch Jr.
Chief United States Magistrate Judge