UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-14045-CR-MARRA/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL JOSEPH ROTH,

    Defendant.
_____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the court upon the Report and Recommendation on Change of Plea issued by United States Magistrate Judge Frank J. Lynch, Jr. on September 13, 2016 [DE 24].

The court has considered the Report and Recommendation, the pertinent parts of the record and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is **ADOPTED AND AFFIRMED**. The Defendant is hereby adjudicated guilty.

**DONE and ORDERED** in West Palm Beach, this 24th day of October, 2016.

                                  **KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE**

cc:    All counsel